UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| BILL DOUGLAS GOLDEN, ) | Case Number 17-50849 |
| ) | |
| Debtor. ) | |
| ) | |
| JUDY A. ROBBINS, ) | |
| United States Trustee For Region Four, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| BILL DOUGLAS GOLDEN, ) | |
| ) | |
| Respondent. ) | |

**ORDER AUTHORIZING RULE 2004 EXAMINATIONS AND
THE ISSUANCE OF SUBPOENAS**

The matter before the Court is the *Motion For An Order Authorizing Rule 2004 Examinations And The Issuance Of Subpoenas*. It appearing proper to do so, it is

**ORDERED**

that the motion is GRANTED. It is further

**ORDERED**

that the Debtor shall appear at an examination to be conducted pursuant to Fed. R. Bankr. P. 2004 a mutually agreeably place, date, and time noticed by the United States Trustee. It is further

**ORDERED**

that the United States Trustee is authorized to issue subpoenas to compel the production of documents and the attendance of witnesses, including subpoenas issued to the Debtor.

The Clerk is directed to send electronic notifications of the entry of this Order to all registered users of the CM/ECF System that have appeared in this case, the United States Trustee shall mail a copy to the Debtor at his address on file with the Bankruptcy Court and file a Certificate of Service and no further service shall be necessary.

ENTER: December 26, 2017

_Rebecca B Connelly_
United States Bankruptcy Judge

REQUESTED:
United States Trustee for Region Four

　/s/ Margaret K. Garber　
Margaret K. Garber (VSB # 34412)
Assistant United States Trustee
B. Webb King (VSB # 47044)
Trial Attorney
210 First Street, Suite 505
Roanoke, Virginia 24011
540-857-2806
Webb.King@usdoj.gov
Margaret.K.Garber@usdoj.gov