**Carolle Bruno-Hall**
5506 Constant Spring Terrace
Lauderhill, Florida   33319

**Clerk**
U.S. bankruptcy Court
116 N. Main Street Rm. 223
Harrisonburg, Virginia   22802

February 26, 2018

IN/RE:
Bill Douglas Golden
Chapter 7,
Case No. 17-50849
[DOCKET ENTRIES NOS. 39 AND 40]
NOTICE OF DISMISSAL BY DEBTOR

PLEASE TAKE NOTE that this is my <u>FORMAL OBJECTION</u> to the request of Dismissal By Debtor: Bill Douglas Golden. In reference to the above mentioned case.

Respectfully submitted:

Carolle Bruno-Hall

*Carolle Bruno-Hall*

GH.



FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT

MAR - 2 2018

11:05 AM

By _____
DEPUTY CLERK