**Carolle Bruno-Hall**
5506 Constant Spring Terrace
Lauderhill, Florida   33319

**Clerk**
U.S. bankruptcy Court
116 N. Main Street Rm. 223
Harrisonburg, Virginia   22802

February 26, 2018

IN/RE:
Bill Douglas Golden
Chapter 7,
Case No. 17-50849
[DOCKET ENTRIES NOS. 39 AND 40]
NOTICE OF DISMISSAL BY DEBTOR

PLEASE TAKE NOTE that this is my <u>FORMAL OBJECTION</u> to the request of Dismissal By Debtor: Bill Douglas Golden. In reference to the above mentioned case.

Respectfully submitted:

Carolle Bruno-Hall



GH.


FILED-HARRISONBURG, VA
U.S. BANKRUPTCY COURT
11:25 AM
MAR 28 2018
By _____ AS
DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| BILL DOUGLAS GOLDEN, ) | Case Number 17-50849 |
| ) | |
| Debtor. ) | |

NOTICE OF DISMISSAL AND OPPORTUNITY TO BE HEARD

PLEASE TAKE NOTICE that the *pro se* debtor has filed a motion to dismiss this bankruptcy case [Docket Entries Nos. 39 and 40].[1]

PLEASE TAKE NOTICE that unless you file an objection on or before March 15, 2018, this case will be dismissed on the motion of the debtor without further notice or hearing by entry of the Court's form order of dismissal.

PLEASE TAKE FURTHER NOTICE that if an objection is filed, it will be heard on March 21, 2018 at 2:00 p.m. in the United States Bankruptcy Court, United States Courthouse, 116 N. Main Street, Harrisonburg, VA 22801.

Dated: 22 February 2018

Respectfully submitted,
JOHN P. FITZGERALD, III
ACTING UNITED STATES FOR REGION FOUR

By:/s/ *Margaret K. Garber*

Margaret K. Garber (VSB No. 34412)
Assistant United States Trustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011
Margaret.k.garber@usdoj.gov
(540) 857-2806

Certificate of Service

---

[1] In the interests of justice and to provide adequate notice to all parties in interest, the United States Trustee is providing this notice. The United States Trustee does not oppose this motion.

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| In re: Bill Douglas Golden | CASE NO. 17-50849 |
|---|---|
| Debtor(s) | CHAPTER 7 |

### NOTICE OF AMENDMENT TO DEBTOR'S SCHEDULES OF CREDITORS AND/OR MATRIX

Debtor, pursuant to Bankruptcy Rule 1009(a), hereby gives NOTICE of the names of creditors added to debtor's schedules of creditors and/or mailing matrix as follows:

| NAME AND ADDRESS OF CREDITOR | DATE OF DEBT AND SECURITY, IF ANY | WHETHER DISPUTED | AMOUNT |
|---|---|---|---|
| AR Resources<br>P.O. Box 1056<br>Blue Bell, PA 19422 | 2016 | | $1,750 |
| Augusta Health Care, Inc<br>P.O. Box 79847<br>Baltimore, MD 21279 | 2016 | | $1,927.56 |
| Carolle Bruno-Hall<br>5506 Constant Spring terrace<br>Fort Lauderdale, FL 33319 | 03/2016 | Yes | $4,000 |

See, Attachment for Additional Creditors

_____
(Debtor Must Sign)

The above-named debtor(s) certifies under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

### CERTIFICATION

I hereby certify that I have contacted the Bankruptcy Court Clerk's office and the above-styled case has not been closed or I have enclosed herewith a Motion to Reopen and the appropriate filing fees. I further certify that a true copy of this Notice was duly mailed on ____September 28, 2017____, to the Court, debtor, trustee, U.S. Trustee, and, if the §341(a) creditors' meeting notice has been issued, to the above-named creditors, which notice of amendment to said creditors shall include a copy of the §341(a) creditors' meeting notice, proof of claim form, and order of discharge, as applicable.

Dated: 09/28/2017    Signed: _____

---

Note: ALL amendments must be accompanied by a THIRTY-ONE DOLLARS ($31.00) filing fee payable to Clerk, U. S. Bankruptcy Court. Personal checks are not accepted. If more than five (5) creditors are added by amendment, counsel for the debtor, or debtor if pro-se, shall file with the Clerk an amended matrix which lists only the added creditors in alphabetical order.

nas7.frm - 02/08/17

# Bill Golden

**680 Phillip St**
**Staunton, VA 24401**

March 23, 2016

## Tax Lien Certificate Transfer

Full Name: Carolle Bruno-Hall
5506 Constant Spring Terrace
Fort Lauderdale, FL

Hi Carolle,

Enclosed please find the following documents:

1) Tax Lien Certificate Endorsement Transfer Form (Plus 1-Copy for your records)
2) W-9 Form
3) Check in the amount of $2.25

Here's what you need to do in order to complete the transfer of the tax lien certificate over to you:

1. Complete your W-9 Form.

2. Mail your W-9 Form, the "Original" copy of your Tax Lien Certificate Endorsement Form, and the enclosed $2.25 check, to the following address:

   **Broward County Tax Collector**
   **Attention: April McKune**
   **115 S. Andrews Ave**
   **Fort Lauderdale, FL**
   **33315**

With kindest regards,

_Bill Golden_
Bill Golden

ARE TAX CERTIFICATES TRANSFERABLE? Tax certificates may be sold and/or transferred to another party. Transfer forms are available upon request from the County Tax Collector's Offices. All tax certificate transfers MUST be recorded in the County Tax Collector's Office. There is a $2.25 fee for recording each assignment in the official records. In addition, the new owner MUST complete a W-9 form for reporting interest collected and subsequently disbursed to the certificate holder. The Tax Collectors office may request that you receive a BIDDERS NUMBER prior to transferring Tax Certificate to Buyer. Buyer MUST contact the Tax Office to confirm whether or no BUYER needs a bidder number. When an assigned certificate is redeemed, the total accumulated interest from the original date of issuance is reported to the IRS under the certificate holder's Social Security/Federal Tax ID number, regardless of the date of transfer.

The Seller (Grantor), Bill Golden of 680 Phillip St, City of Staunton, County of Augusta, State of Virginia, for the consideration of $4,000.00 agrees to Convey and Transfer the following real estate tax lien certificate (Senior Lien) to Carolle Bruno-Hall (Buyer):

Seller shall convey to Buyer full ownership of a Senior Lien (Tax Lien Certificate) to the following described property, situate, lying and being in Broward, Florida:

7334 NW 19 COURT, PEMBROKE PINES, FL

- Seller shall prepare the tax lien certificate transfer form for purposes of transferring same in to the name of Buyer. As such, Seller shall prepare and mail said transfer form to Buyer within 2-business days from receipt of Buyer's $4,000 total payment. Seller will mail said documents via USPS, with a tracking number, directly to Buyer's address.

- Good Faith Down Payment: Buyer agrees to make a down payment in the amount of $300; which is to be applied the total purchase price of $4,000; thus leaving a balance of only $3,700. As such, Buyer agrees to make her $300 down payment on or before Saturday March 19, 2016. Buyer's final $3,700 is due on or before March 26, 2016.

- In the event Buyer wishes to peruse deed ownership, via tax deed sale, on or about April of 2017, Seller agrees to prepare Buyer's tax deed sale application for her.

Payment Instructions: Buyer can use Seller's banking information for purposes of making ther payments via direct bank deposit or via bank wire:

Bank: Wells Fargo (Opened account at the Wells Fargo Harrisonburg, VA branch)
Bank Wire Routing Transit Number: 121000248
Bank Checking Account Number: 1191781168
Name and address on Account: Bill Golden, 680 Phillip St, Staunton, VA 24401

## *Bill Golden*

Bill Golden/Seller
Dated this March 18, 2016

1

Case 17-50849  Doc 59  Filed 03/28/18  Entered 03/28/18 15:53:41  Desc Main
Agreement for tax lien certificate as promised - Yahoo Mail  Document  Page 6 of 16
Page 1 of 1

A#1

**Agreement for tax lien certificate as promised**

Friday, March 18, 2016 1:06 PM

From: "Bill Golden" <taxlienportal@yahoo.com>

To: "Carolle Hall" <babydollcbh@yahoo.com>

1 Files  17KB  Download All
DOCX  17KB

Seller's
Agreement
to Sell

Save

Hi Carrole,

I want to thank you for making the decision to do business with me.
I will not let you down!

As promised, I lowered the price from $5,000 to only $4,000; thus
saving you $1,000 today.

I attached my Seller Agreement to this email for your records.
The attached Agreement includes easy-to-follow payment
instructions; so you can easily make your $300 deposit and
the small remaining payment when ready.

Within the Agreement, I made crystal clear that I will assist you
in filing a tax deed sale application on or about April of 2017;
in the event you are able and ready to seek deed ownership.
Since there are NO prior outstanding tax lien certificates, this
will make it easier for the wallet. Yea!

Please let me know once you make your $300 down payment
and you and I are in business.

I kindly thank you for your trust and decision to do business with me.

Have a Blessed weekend Carrole,
Bill

Chase Online -- Wire Activity

A#    3/22/16 7:45 PM

Show me...  Which transactions do you want to see?  -- Select Payment View --

Wire Activity — Transactions 1 to 2 of 2                    Sort by clicking column headings

| Details | Wire To | Wire From | Debit Amount | Send Amount | Wire Date | Frequency | Status | Transaction Number | Actions |
|---|---|---|---|---|---|---|---|---|---|
| | Bill Golden (...1168) | CHASE CHECKING (...7990) | $300.00 | $300.00 | 03/21/2016 | One-Time | Completed | 4993047946 | See \| Inquiry |
| | Bill Golden (...1168) | CHASE CHECKING (...7990) | $3,600.00 | $3,600.00 | 03/23/2016 | One-Time | Pending | 4993173938 | See \| Change \| Cancel |

Page 1 of 1

© 2016 JPMorgan Chase & Co.

Date Paid: Aug/02/2017    FORT LAUDERDALE    CHECK NO: 0002006372

| REDEMPTION TYPE | DATE OVERPAID | BIDDER NUMBER | TAX YEAR | CERTIFICATE NUMBER | PARCEL ID | INTEREST | AMOUNT | NOTE |
|---|---|---|---|---|---|---|---|---|
| REDEMPTION | 7/28/2017 | 3516207 | 2014 | (18987) | 514110-18-0810 | 0.00 | (298.45) | |
| | | | | | | | | |

CHECK TOTAL: $298.45

A#1



A#1

# (no subject)

**3055825052@mms.att.net** <3055825052@mms.att.net>  Fri, Mar 16, 2018 at 2:23 PM
To: guyve880@gmail.com

I received this overpayment check about the current tax lien certificate, What does this mean, do I still hold The certificate?

**2 attachments**



**20170807_130309.jpeg**
776K



**20170807_130343.jpeg**
178K

**Bill**
+15404571966

**Thu, 08/10/2017**

Hi Carolle, I'll email you before Monday with a payment plan in hopes that you'll find it doable, favorable and acceptable. Have a Blessed night! Bill
9:20 PM

**Fri, 08/11/2017**

Please don't forget 18% annually interest minus $298.
18 months interest on $4,000.00 Legally earned.
Have a blessed day! Carolle
8:40 AM

**Mon, 08/14/2017**

Good afternoon Bill, I'm waiting....
12:49 PM




**Bill**
+15404571966

> Good morning Bill,
> Can you try to refund me the 4k by the end of this month because I really need it to pay some bills.
>
> Thanks!
>
> 8:22 AM



---
Mon, 08/28/2017
---

> Good afternoon Bill,
> When exactly would you be able to refund me the money?
> I really need it.
>
> 1:25 PM



> I sent you several messages and you haven't reply to neither one. I called you and no answer.
> Please let me know!
>
> 1:29 PM



A#2

**Bill**
+15404571966

---

**Tue, 08/29/2017**

Hello Bill,

I have some relatives in Texas that need financial help very bad. Please try to pay me so I can help them.

I will appreciate your consideration!

6:29 PM

**Tue, 09/05/2017**

Good afternoon Bill,

All my messages stayed unanswered
You haven't email me yet with the payment plan like u promised since August.
Please consider my financial situation!

1:09 PM

**Sat, 09/09/2017**

A#2



Text conversation with Bill (+15404571966):

> situation!
>
> 1:09 PM

**Sat, 09/09/2017**

> Good morning Bill,
>
> Please remember me and let me know
> So I can know what to do next for my
> Money.
> I'm dealing with all these financial issues and have $4,000 in the air.
> Be considerate!
>
> 11:33 AM

Aff 3



Bill
+15404571966

situation!

1:09 PM

Sat, 09/09/2017

Good morning Bill,

Please remember me and let me know
So I can know what to do next for my
Money.
I'm dealing with all these financial issues and have $4,000 in the air.
Be considerate!

11:33 AM

Fri, 09/29/2017

Hi Carolle, Please know that I sent you an email, with attachments, regarding my filing for Chapter 7 bankruptcy. Best regards, Bill Golden

11:38 AM

Thu, 08/10/2017

Hi Carolle, I'll email you before Monday with a payment plan in hopes that you'll find it doable, favorable and acceptable. Have a Blessed night! Bill
9:20 PM

Fri, 08/11/2017

Please don't forget 18% annually interest minus $298.
18 months interest on $4,000.00
Legally earned.
Have a blessed day! Carolle
8:40 AM

Mon, 08/14/2017

Good afternoon Bill, I'm waiting...
12:49 PM

Mrs. Carolle Bruno-Hall  
5506 Constant Spring Terrace  
Lauderhill, Florida   33319  
305 582-5052

Clerk  
U.S. bankruptcy Court  
116 N. Main Street Rm. 223  
Harrisonburg, Virginia   22802

March 21, 2018

IN/RE:

Bill Douglas Golden  
Chapter 7  
Case No. 17-50849

Dear Sirs;

I purchased a Tax Lien Certificate from Mr. Bill Golden for the sum of: $4,000.00 On 03/23/2016 by wire transfer (copies  A#1 included).  
The Property was redeemed on 07/28/2017 and I received a check from Broward County Tax Collector's Office for the sum of $298.00.  I immediately took a photo Of the check and sent it to Mr. Golden via text message. Upon Receiving the check, I Realized the face value of the Certificate was only worth $298.00. and Mr. Golden Sold it to me for $4,000.00.  
On 08/10/2017 Mr. Golden sent me a text message saying he will refund me my $4,000.00  ( Copies A#2) and never did. I sent Mr. Golden several text messages and he never replied to none of them.

On 09/29/2017 Mr. Golden sent me a text message ( Copy A#3) stating" Carolle, Know that I filed chapter 7  Bankruptcy ".,  
A few days latter,  I received an official letter about the bankruptcy filing and my Name was one of the creditors that was listed as Disputed.

This is my explanation of why I object to the  Dismissal that was filed. Mr. Golden never paid me that $4,000.00, plus 18% interest  that was promised (copies A#4).

Thanking you in advance for allowing me to present my case.

Respectfully submitted:

Carolle Bruno-Hall

*Carolle Bruno-Hall* (signature)

FILED-HARRISONBURG, VA  
U.S. BANKRUPTCY COURT  
11:25 AM  
MAR 28 2018  
By _____ AS  
DEPUTY CLERK